

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| MARK BROWN, | | No. 08-15-00255-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 394th District Court |
| | § | |
| HECTOR ARGUDO, MICHAEL A MOSELEY AND UNITED FIFTY, LLC, | | of Culberson County, Texas |
| | § | |
| | | (TC# 5148) |
| | § | |
| Appellees. | | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF SEPTEMBER, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.